ORIGINAL

FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0218



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0218

 FILED

JUN 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

ELAINE HERMAN GIRDLER,

    Petitioner and Appellant,

**GRANT OF EXTENSION**

and

JEFFREY ALAN GIRDLER,

    Respondent and Appellee.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until August 4, 2022, to prepare, file, and serve the Appellant's brief.

DATED this June 29, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:    Elaine Girdler, Jeffory Alan Girdler